```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION

DIVERSIFIED CREDIT SERVICES, INC.                       PLAINTIFF

        v.

DANIEL LAPOINTE            Civil No. 06-5189            DEFENDANT

        v.

HEALTHPLAN SERVICES, INC. AND
NEW ENGLAND LIFE INSURANCE COMPANY         THIRD-PARTY DEFENDANTS
```

### JUDGMENT

NOW on this 22nd day of May 2007, in the above referenced matter, comes on for this Court's consideration third-party defendants', Healthplan Services, Inc. and New England Life Insurance Company (collectively "Healthplan"), **Motion for Summary Judgment** (document #9) and defendant Daniel LaPointe's ("LaPointe") response (document #12) and reply (document #16) thereto, and for the reasons set forth in the Court's Order of this date, the Court finds that Healthplan's **Motion for Summary Judgment** (document #9) should be, and it hereby is, **granted.**

Further, **judgment should be, and it hereby is, entered in favor of third-party defendants Healthplan and against defendant LaPointe**; and **LaPointe's third-party complaint** against Healthplan is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**